UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE D. THOMAS,

          Plaintiff,

  -v-

L&P TRANSPORT INC., A&V TRANSPORT, LLC, *and* WILFREDO N. ALFARO REYES,

          Defendants.

25 Civ. 6791

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  A telephonic initial pretrial conference in this case is scheduled for tomorrow, September 17, 2025. *See* Dkt. 2. In its order of August 20, 2025 scheduling this conference, the Court directed the parties to file certain materials, including a proposed case management plan. *See id.* The parties have not done so. **The Court accordingly adjourns the telephonic pretrial conference by one day, until September 18, 2025 at 12:00 p.m., and directs that these materials be filed on the docket of this case by 5 p.m. tomorrow, September 17, 2025.**

  SO ORDERED.

                 *Paul A. Engelmayer*
                 _____
                 PAUL A. ENGELMAYER
                 United States District Judge

Dated: September 16, 2025
   New York, New York