UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. THOMAS,

                                    Plaintiff,                                    25 Civ. 6791 (PAE)
                              -v-
                                                                                 ORDER
L&P TRANSPORT INC. *et al.*,

                                    Defendants.

PAUL A. ENGELMAYER, District Judge:

On September 16, 2025, the Court *sua sponte* adjourned the initial conference in this case because the parties had not complied with Court's directive to file certain materials related to that conference. Dkt. 8. On September 17, 2025, after receiving those materials, the Court adjourned the initial conference *sine die* because the parties indicated that they consent to conducting all further proceedings before a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). Dkt. 11. The Court directed the parties to file, by September 19, 2025, the form titled "Consent to Proceed Before U.S. Magistrate Judge," which was attached to the Court's Order. *Id.* To date, the parties have not done so.

The parties' repeated noncompliance with the Court's Orders is not acceptable. **By February 4, 2026**, the parties shall file the consent form, attached to this Order and available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The parties are reminded of the Court's expectation that they respect all deadlines in this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2026
      New York, New York

2

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York ☐

| | | |
|---|---|---|
| Christine D. Thomas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    25 Civ. 6791 (PAE) |
| L&P Transport Inc. et al. | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:     Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.