USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/19/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. THOMAS,

                    Plaintiff,

          -v-

L&P TRANSPORT INC., ET AL.,

                    Defendants.

**ORDER**

25-CV-6791 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' March 18, 2026 letter.  ECF No. 19.

The parties are directed to file a stipulation to remand this action to state court by

**March 27, 2026.**

SO ORDERED.

Dated: March 19, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge